

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Roger Dale Gammons, Appellant

No. 06-15-00027-CR    v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1423873). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

       As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

       We note that the appellant, Roger Dale Gammons, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 11, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk